CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

Rony Compere 16000339,
Full name of plaintiff/prisoner ID#

                Plaintiff,

   -against-
Fusaro, Matthew (8335)#
_____
_____

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

                Defendants.
-------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 25 2016 ★

LONG ISLAND OFFICE

JURY TRIAL DEMAND
YES ✓   NO ____

CV 16 1035

AZRACK, J.

SHIELDS, M.J.

I.    Previous Lawsuits:

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

    B.    If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiffs: _____
                           _____

           Defendants: _____
                            _____

        2. Court (if federal court, name the district;
           if state court, name the county)
           _____

        3. Docket Number: _____

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: NASSAU County Correctional County ~~Center~~

   A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (✓)

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No ( )

   C. If your answer is YES,

       1. What steps did you take? _____
       _____
       _____

       2. What was the result? _____
       _____

   D. If your answer is NO, explain why not HAPPENED BEFORE THE ARREST

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

   F. If your answer is YES,

       1. What steps did you take? LET EVERYBODY NO AS I WAS GETTING PROCESSED IN NASSAU CORRECTION

       2. What was the result? ~~Nothing~~ TREATED. BANDIAIDE AND OINTMENT

2

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff **Rony Compere**

Address **100 Carmen Ave East Meadow N.Y 11554-1160**

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1   **Fusaro, Mathew (8335) (Check Police Department of Nassau) for Address**

Defendant No. 2   _____

Defendant No. 3   _____

Defendant No. 4   _____

Defendant No. 5   _____

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

I was sitting on passenger side of the truck (Black Tahoe) when Mathew told me "put hands up". I did while holding my Iphone 6s with my right hand when one of the officers said "GUN!!" I was scared and ran to the side yard of 105 Brisban Lane in East Meadow, NY. Within 30 seconds or so I was sorrounded (police, Nassau) when I was handcuffed Mathew started punching me consistly on my right side of my head, then slam my head to the brick wall of the house. He stopped when one of the older officer's said that's "Enough!!" I was taken to ambulance, where I recieved a couple of bandaides and ointment.

IV. A  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Two cuts over my right eye, swollen right upper cheek with skin off off abrassion, 2 bandaides and ointment

V.   Relief:

State what relief you are seeking if you prevail on your complaint.

To check my mental state, AND inside HEAD INJURY for Long TERM.

I declare under penalty of perjury that on __2-19-16__, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __19__ day of __feburary__, 20__16__. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

__NASSAU COUNTY Community__
Name of Prison Facility

__100 CARMEN AVE__
__EAST MEADOW__
__NY 11554-1160__
Address

__16000339__
Prisoner ID#

5