# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, N Y 11722

DOUGLAS C. PALMER, CLERK of COURT
CAROL McMAHON, CHIEF DEPUTY FOR L.I.

www.nyed.uscourts.gov

TO: **PRO SE LITIGANT**
FROM: **PRO SE OFFICE**
RE:

CV 16 1035

AZRACK, J.

SHIELDS, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 01 2016 ★
LONG ISLAND OFFICE

YOUR CIVIL ACTION HAS BEEN RECEIVED AND ASSIGNED A DOCKET NUMBER AND JUDGE(S) AS INDICATED ABOVE. PLEASE BE ADVISED OF THE FOLLOWING:

- You are strongly encouraged to (1) utilize the forms and Pro Se Manual on our website for assistance litigating your case; (2) sign up for electronic notification of filings (see below); and (3) register at www.pacer.gov to view activity in your case from a home computer.

- It is your responsibility to ensure that documents filed with this Court comply with the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of New York, and the Judges' Individual Practice Rules. For your convenience, the Rules are available on our website.

- If you paid the filing fee, it is your responsibility to serve the summons and complaint upon the defendant(s) pursuant to Fed. R. Civ. P. 4. Instructions and forms for service are available on our website and at the Pro Se Office.

- Documents submitted for filing should be <u>unbound</u> originals and must contain your signature, case number, name of case and assigned judge(s).

- Documents submitted for filing shall not include personal information i.e. social security number, birth date, name of minor children, financial account number, etc. pursuant to Fed. R. Civ. P. 5.2(a).

- You must serve all papers filed with the court on opposing counsel and an affidavit or affirmation of service must be included with all documents filed with the court.

- All documents for filing should be directed to the Pro Se Office. DO NOT direct filings to chambers unless explicitly directed to do so by your judge. Fax and email submissions are not permissible.

- It is your duty to prosecute your case, and to keep this office informed of a current mailing address. All address changes must be submitted in writing. Failure to provide a current mailing address may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

- If you are NOT incarcerated, and have access to a computer, and would like to receive electronic notification of filings in lieu of a mailed hard copy, please submit the enclosed consent form.

- A Rule 73 Notice and form are also enclosed. DO NOT return this form to the court unless and until <u>all</u> plaintiffs and <u>all</u> defendants have signed the consent form. See Fed. R. Civ. P. 73.

If you have any questions or require further assistance, please visit our website, or write the Pro Se Office at the address above, or call at (631)712-6060.

PRO SE OFFICE
By: /s/ C.Vukovich

enc.