UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**FILED**
U.S. IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ AUG 15 2016 ★
LONG ISLAND OFFICE

Plaintiff,

RONY COMPERE
-against-
MATHEW FUSARD

**APPLICATION FOR THE COURT TO REQUEST COUNSEL**

16 CV 1035 (JMA/AYS)

Defendant(s).
------------------------------------------------------------X

1. Name of applicant __Rony Compere__

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)
   __CURRENTLY INCARASARATED, NEED IN HELP OF GATHERING INFORMATION AND KNOWLEDGE OF THE PROCEEDINGS__

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.)
   __OUTSIDE HELP FROM family. ~~_____~~__
   __PRIVATE ATTORNEY'S__

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court. I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: __August 5, 2016__     _____Rony Compere_____
                                            Signature

**RECEIVED**
AUG 16 2016
EDNY PRO SE OFFICE

*rev. 7/08*
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Rony Compere
                                    Plaintiff,
            -against-
Matthew Fusaro

                                    Defendant(s).
----------------------------------------------------------X

REQUEST TO PROCEED
*IN FORMA PAUPERIS*
IN SUPPORT OF THE
APPLICATION FOR THE COURT TO
REQUEST COUNSEL

 16 CV 1035  (JMA/AYS)

I, Rony Compere _____ (print or type your name) am the plaintiff/defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1.  If you are presently employed, give the name and address of your employer and state the amount of earnings per month.

    _____

    _____

2.  If you are not presently employed, state the date you were last employed and your earnings per month at that time. **You must answer this question even if you are incarcerated.**

    January 15, 2016, maybe $800 month

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    _____

    a) Are you receiving any public benefits?          ☑ No  ☐ Yes, $_____
    b) Do you receive any income from any other source?  ☑ No  ☐ Yes, $_____

*rev. 7/08*

4. Do you have any money, including money in a checking or savings account? If so, how much?

_____

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

   [✓] No  [ ] Yes, $_____

6. Do you pay for rent or for a mortgage? If so, how much each month?

   [✓] No  [ ] Yes, $_____

7. List the person(s) that you pay money to support and the amount you pay each month.

   _____

   _____

8. State any special circumstances which the Court should consider.

   CURRENTLY INCARASERATED, AT NASSAU CORRECTIONAL facuilty - FIRST TIME PERSUEING THIS PROCEEDURE

   _____

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: AUGUST 5, 2016                     _____
                                          Signature

rev. 7/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 15 2016   ★

LONG ISLAND OFFICE

Plaintiff,

Rony Compere

-against-

Mathew Fusaro

**AFFIRMATION OF SERVICE**

16 CV 1035 (JMA/AYS)

Defendant(s).
-------------------------------------------------------- X

I, Rony Compere _____ (print or type your name), **declare under penalty of perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the defendant(s) or the attorney for defendant(s) Mathew Fusaro Attorney Ben-Sorek, Liora M

whose address is: One West Street Mineola N.Y 11501-4820

by Mail
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: August 5 2016

_Signature_ (signed)

100 Carmen Avenue
Address

E

East Meadow NY 11554
City, State & Zip Code

_rev. 7/08_

Mr. Rony Canete
C.C.# 1600 4060
Location B-1-B25
100 CARMAN AVENUE
EAST MEADOW, NEW YORK 11554-1146

EASTERN DISTRICT OF NEW YORK
PRO SE OFFICE / Long Island
100 FEDERAL PLAZA; PO BOX 9014
CENTRAL ISLIP, NY 11722-9014

11722-901414

MID-ISLAND NY 117
08 AUG 2016 PM 1 L

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 15 2016 ★
LONG ISLAND OFFICE