# THE LAW OFFICES OF
# MAUREEN B. GODFREY, PLLC

· 23 ROOSEVELT AVENUE, MASSAPEQUA PARK, NEW YORK 11762 · 718-490-4155 ·

June 9, 2017

**Via ECF Filing**
Honorable Anne Y. Shields
United States Magistrate Judge,
Eastern District of New York,
100 Federal Plaza, Courtroom 830,
Central Islip, New York 11722.

RE: *Compere v Fusaro*, Index No. 16-CV-1035 (JMA)(AYS)

Dear Judge Shields:

    As you may recall, this firm was appointed counsel for purposes of settlement to Mr. Compere in the above-referenced action. We write to request respectfully a one week extension of the time within which to submit an executed settlement agreement and stipulation of discontinuance, which was set as June 8 in the Court's Order of May 8, 2017.

    With respect to the drafts of the settlement agreement that had been exchanged, Mr. Compere was concerned about the scope of the release Defendant and Nassau County had requested and, given the scope of the release, was concerned about releasing the Defendant and the County before the return of his Iphone 6, which was taken from him during the arrest at issue in the Complaint and which is also being held by the Nassau District Attorney's Office pending Mr. Compere's sentencing on a charge unrelated to the Complaint. Mr. Compere was released yesterday June 8 and he has indicated that he will retrieve his phone today or Monday. In addition, we have also submitted a draft to the Defendant's counsel with more limiting language regarding its proposed release and language clarifying the County's role. Accordingly, we believe these issues can be resolved in short order and respectfully request a short extension.

Sincerely,

Maureen B. Godfrey

Cc. Ms. Ben-Sorek (via ECF Filing)