UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RONY COMPERE,

                         Plaintiff,

- against -

MATTHEW FUSARO, #8335,

                         Defendant.
----------------------------------------------------------------X

CV-16-1035 (JMA) (AYS)

STIPULATION AND ORDER
OF DISMISSAL

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: ~~March~~ June 29, 2017

THE LAW OFFICES OF
MAUREEN B. GODFREY, PLLC

By: _____
Maureen B. Godfrey, Esq.
23 Roosevelt Avenue
Massapequa, New York 11762
(516) 490-4155
Attorney for Plaintiff for Purposes
of Settlement Only

CARNELL T. FOSKEY
Nassau County Attorney

By: _____
Liora M. Ben-Sorek
Deputy County Attorney
One West Street
Mineola, New York 11501
(516) 571-3014
Attorney for County Defendants

_____
Rony Compere
Plaintiff *Pro Se*

STATE OF NEW YORK)
                          ss.:
COUNTY OF NASSAU )

On the 29th day of ~~March~~ June, 2017 before me personally appeared Rony Compere, known to me to be the individual who executed the with Settlement Agreement and Release.

_____
Notary Public

MAUREEN B. GODFREY
Notary Public, State of New York
No. 02G06107407
Qualified in Nassau County
Commission Expires on March 29, 20__

SO ORDERED:

_____
Hon. Joan M. Azrack, U.S.D.J.